IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME R. SANCHEZ,<br><br>    Petitioner,<br><br>  v.<br><br>R. E. BARNES, Warden,<br><br>    Respondent. | No. C 10-0439LHK (PR)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Respondent's request for an extension of time to file an answer.

Respondent filed this request for an extension of time on September 22, 2010. On October 29, 2010, Respondent filed his answer. On November 29, 2010, Petitioner filed his traverse.

Respondent's motion for extension of time is GRANTED, and his answer is deemed timely filed.

This order terminates docket no. 14.

IT IS SO ORDERED.

DATED: 12/17/2010

                                              LUCY H. KOH
                                              United States District Judge